**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHIPPING and TRANSIT, LLC,

       Plaintiff,

**Case No. 16-CV-80859**

vs.

JACKSAM CORPORATION d/b/a
BLACKOUTX.COM,

       Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shipping and Transit, LLC, hereby notify this Court and all parties that they voluntarily dismiss, with prejudice, all claims in this action against Defendant, Jacksam Corporation d/b/a Blackoutx.com, with all parties to bear their own costs, expenses and attorneys' fees.

Dated: September 9, 2016

Respectfully submitted:

s/Jason P. Dollard

JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

1